IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00999-CMA-MJW

SALOMÓN JUAN MARCOS VILLARREAL

        Petitioner,

v.

UNITED STATES

        Respondent.

---

**ORDER GRANTING MOTION TO FILE A SUR-REPLY TO THE UNITED STATE'S REPLY TO PETITIONER'S OPPOSITION TO THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT AND MOTION FOR ENFORCEMENT OF SUMMONS** ( Docket no. 20 )

---

THIS MATTER having come before the Court on the motion of the Petitioner, Salomón Juan Marcos Villarreal for permission to file a Sur-Reply to Respondent, United States' Reply to Petitioner's Opposition Memorandum, and upon consideration of the motion and any response thereto,

IT IS HEREBY ORDER that the Petitioner's Motion is GRANTED. And the Court will consider the Sur-Reply.

_____
[signature]

Dated: August 24, 2011

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO