1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada Bar. No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  702-388-6336/702-388-6787
   *carlos.gonzalez2*@usdoj.gov
6  Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VILLARREAL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:11-CV-01594-JCM-GWF |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit James E. Weaver to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Weaver is an attorney with the Tax Division of the United States Department of Justice, an agency of the federal government. Mr. Weaver is a member in good standing of the Bar of Maryland.

The following contact information is provided to the Court:

>James E. Weaver
>Trial Attorney
>U.S. Department of Justice, Tax Division
>555 4th Street, N. W.
>Washington, D.C. 20001
>Telephone: 202-305-4929
>Email: james.e.weaver@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing James E. Weaver to practice before this honorable Court.

Respectfully submitted this 14th day of October 2011.

>DANIEL G. BOGDEN
>United States Attorney
>
>*//S// Carlos A. Gonzalez*
>CARLOS A. GONZALEZ
>Assistant United States Attorney

IT IS SO ORDERED:

GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: October 17, 2011

**CERTIFICATE OF SERVICE**

I, CARLOS A. GONZALEZ, AUSA, certify the following individuals were served with a copy of the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the following identified method of service:

**United States Postal Service**:

Jeffrey Samuel Rugg
Brownstone Hyatt Farber Schreck LLP-Las Vegas
100 North City Parkway #1600
Las Vegas, NV 89106

John V. McDermott
Brownstein Hyatt Farber Schreck LLP-Denver
410 17th Street #2200
Denver, CO 80202

DATED this 14th day of October 2011.

                          *//S// Carlos A. Gonzalez*
                          CARLOS A. GONZALEZ
                          Assistant United States Attorney